# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Aurora Pride

                     Plaintiff,

v.                                                    Case No.: 1:23−cv−00259

                                                             Honorable Martha M. Pacold

City Of Aurora, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 1, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic status hearing held on 2/1/2023. Evidentiary hearing set for two days beginning 3/28/2023 at 9:30 a.m. The parties are directed to confer and file a joint status report (or if a joint status report is not feasible, the parties may file separate status reports), by noon on 2/3/2023. Telephone status hearing continued to 2/6/2023 at 11:00 a.m. Dial toll−free call−in number: (888) 684−8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against recording and rebroadcasting of court proceedings. Violations of these prohibitions may result in sanctions deemed necessary by the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.