**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Aurora Pride
                          Plaintiff,

v.
                                                          Case No.: 1:23−cv−00259
                                                          Honorable Martha M. Pacold

City Of Aurora, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 6, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing held on 2/6/2023. Schedule entered as follows: 2/8/2023: Plaintiff to file amended complaint and supplemental brief with respect to motion for preliminary injunction. 2/8/2023: Plaintiff to produce to defendant all documents identified in the complaint or amended complaint. 2/10/2023: parties to confer on stipulated and disputed facts. 2/13/2023: Parties to file list of stipulated and disputed facts, to the extent they are able to reach agreement (as discussed at the hearing, this is an informal list meant to assist the parties in narrowing the issues for expedited discovery and for the hearing on and consideration of the preliminary injunction motion and will not be binding). 2/23/2023: Parties to exchange and file affidavits or declarations from any witnesses they intend to present in connection with the preliminary injunction motion. 3/1/2023: Defendants to answer amended complaint. 3/9/2023: Parties to complete depositions of the other side's affiants / declarants as well as potentially depositions of other witnesses not associated with the party seeking the deposition; each deposition limited to 2 hours. 3/16/2023: Defendants to file response to motion for preliminary injunction. 3/23/2023: Plaintiff to file reply in support of motion for preliminary injunction. 3/28/2023−3/29/2023: Hearing on motion for preliminary injunction. The court may request summary briefs after the hearing. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.